# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



Powered by Clickability

Feb. 19, 2010
Copyright © Las Vegas Review-Journal

## Judge denies bail to suspects in two deaths

### Details of restaurant worker's slaying revealed

By FRANCIS MCCABE
LAS VEGAS REVIEW-JOURNAL

Two men charged in two separate killings and other felonies that occurred during a two-month valley crime spree were denied bail Friday afternoon.

Las Vegas Justice of the Peace Joe Sciscento ordered that Gregory Hover, 38, and Richard Freeman, 18, be held at the Clark County Detention Center until a preliminary hearing set for March 11.

New grisly details emerged about the death of one of the victims, a restaurant worker from Hooters Hotel. Prosecutor Marc DiGiacomo described how Hover and Freeman kidnapped Prisma Ivette Contreras as she left her job at the Mad Onion restaurant.

DiGiacomo said the two men took the woman to Boulder City where they raped her, strangled her and cut her throat.

The two defendants then burned Contreras' body inside of her car, DiGiacomo said. The 21-year-old's body was found Jan. 15 in the burned-out car south of Boulder City.

Freeman has spoken with investigators in an attempt to distance himself from the violent acts and downplay his culpability in the crimes, DiGiacomo said. But DiGiacomo said that as new evidence emerges, it appears Freeman is just as responsible as Hover.

"Mr. Freeman likes knives and threatening people with knives. He presents a clear and present danger to the community," DiGiacomo said.

Defense attorney Michael Castillo asked that Freeman be given a reasonable bail amount because he had no prior criminal record and has lived in Las Vegas his whole life.

Hover and Freeman also are charged with the shooting death of Julio Romero, 64, in his home Jan. 25.

Authorities said Hover, who was employed as a process server for Junes Legal Service, a local legal support business, visited Romero's home to serve papers to a friend of Romero's he had not seen in several years.

Early the next morning, Hover broke into the house and killed Romero, according to an arrest report.

Hover then forced Romero's wife, Roberta, into a closet and shot her in the face. She is recovering from surgery at a local hospital, authorities said. Prosecutors are hoping she can testify at the preliminary hearing in three weeks.

The two defendants face multiple felony charges, including murder, attempted murder, kidnapping, sexual assault, robbery and burglary.

Las Vegas police said they have linked Hover and Freeman to business robberies, robberies at ATMs and other pedestrian hold-ups dating to late 2009. The investigation is ongoing.

**Find this article at:**
http://www.lvrj.com/news/bail-denied-for-two-slaying-suspects-84811882.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# CRIME NEWS 2000

Advocate For the Victims
Demand Justice For Our Communities

Home    Submit News    Contact Form    Sitemap    Links    Newsfeeds



Wednesday 14 April 2010 - 23:46:37

## Prisma Contreras, Julio Romero

**Posted by** Sheriff **in** Murder



**Prisma Ivette Contreras**, 21 - body found in a car on January 15, 2009, a day after she was reported missing
**Julio Romero** - murdered in an attack on January 25, 2010, during which his wife **Roberta Romero** was shot in the face but survived
Gregory Hover, 38; Richard Freeman, 18 - arrested and charged with the murder of Julio Romero and the assault on his wife; linked by police to the murder of Prisma Contreras
Las Vegas (Clark County), NV

### Hearing delayed for 2 accused in death of casino waitress
### Las Vegas Sun - 04/14/10

The district court arraignment of two men indicted in the murder of a Hooters casino waitress was postponed until next month to give the district attorney's death penalty committee an opportunity to review the case.

Gregory Lee Hover, 48, and his alleged accomplice, 18-year-old Richard Freeman, were indicted last week on counts of murder, sexual assault, robbery, kidnapping and burglary, all enhanced with a deadly weapon, as well as arson, burglary and several counts of conspiracy.

Those charges stem from the kidnapping, sexual assault and murder of 21-year-old Prisma Contreras of Las Vegas. The men are also facing multiple felonies in connection with an attack in the early morning hours of Jan. 25 that left Julio Romero, 64, dead and his wife, Roberta Romero, seriously wounded.

A preliminary hearing in that case began March 19 and was continued until later this month. Prosecutors have said both cases have elements that could lead them to pursue the death penalty against the men. Decisions about pursuing capital punishment are made by a committee in the district attorney's office after a preliminary hearing or grand jury indictment.

### 2 men indicted in death of Hooters casino waitress
### Las Vegas Sun - 04/09/10

Two men accused in two different murders have been indicted by a Clark County grand jury in connection with the murder of a Hooters casino waitress. Gregory Lee Hover, 48, and his alleged accomplice, 18-year-old Richard Freeman, were indicted on counts of murder, sexual assault, robbery, kidnapping and burglary, all enhanced with a deadly weapon, as well as arson, burglary and several counts of conspiracy.

They are set to be arraigned on the charges April 14 in front of District Court Judge Ken Cory, which stem from the kidnapping, sexual assault and murder of 21-year-old Prisma Contreras of Las Vegas.

Boulder City Police officers found her body Jan. 15 inside her blue 2006 Jeep Liberty, which had been burned. Contreras, a waitress and young mother, was reported missing by her family Jan. 14 after she failed to return home from her shift at the Mad Onion restaurant at Hooters.

The duo are also accused of felony counts in connection with a violent home invasion that left a man dead and the man's wife with a gunshot to the face. That case will continue through the preliminary hearing process, which began March 19 and was continued to later this month.

In that case, Hover, a process server, is accused of returning to the house of Roberta and Julio Romero on Jan. 25, which he had visited earlier in the day

**Need a Criminal Defense Attorney?**

Total Criminal Defense can connect you with a criminal defense attorney near you. Call (877) 250-8678 or fill in the form here

This information is not disclosed to or retained by Crime News 2000

**Security in Las Vegas**
Body Guards, Patrol Security, Crowd Control & More. Get a Quote Online!
www.TritonSecurityInc.ne

**Save Big On Home Security**
Free $850 ADT Home Security System. Limited Time Offer Ends Soon!
www.SecurityChoice.com

**Google TV Ads**
Now It's Affordable To Advertise On National TV. Get Started Today!
www.google.com/TVads

Links of Interest



**Welcome**

Username:
Password:
Login
☑ Remember me
[ Signup ]
[ Forgot password? ]

**Quick Links**



**CrimeNews 2000 Forums**
Victims of the 9/11 Terror Attacks
9/11 Terror Trial
Ft. Hood Base Massacre
Seattle Police Shooting

**SERIAL KILLERS**

Rodney Alcala
Acres Homes/Houston TX
Mesa Bone Collector - Albuquerque NM
Cincinnati (Anthony Kirkland)
Cleveland (Anthony Sowell)
Colonial Parkway/Pensinsula Killer
Jeff Davis Parish, LA
'Truck Stop Killer' (Bruce Mendenhall)

**CASES**

UofA - Huntsville Shooting
Derrion Albert
Caylee Anthony
'Baby Grace' (Riley Ann Sawyers)
Lindsey Baum
Byrd & Melanie Billings
Nevaeh Buchanan
Hasanni Campbell
Sandra Cantu
Kim Cates
Heidi Childs & David Metzler
Channon Christian & Christopher Newsome
Kristi Cornwell
Haliegh Cummings
Jaycee Dugard

looking for a man Hover said owed $10,000 in a civil matter.

The husband and wife were both shot. Julio Romero died and Roberta Romero was shot in the face and left for dead, but survived. Roberta Romero testified at the first portion of the preliminary hearing and identified Hover as the man who shot her and stole valuables from her home. Police say Freeman was waiting for Hover in Hover's car.

### Woman, shot in face and left for dead, survives to testify
### Las Vegas Sun - 03/19/10

Roberta Romero struggles to maintain her composure as she describes what she's been through in the past few months. Her husband, Julio, was shot dead during a violent home invasion in January.

As he lay bleeding in a bedroom, the intruder forced her into a closet, where he shot her in the face and left her for dead. After multiple surgeries and a long stint in the hospital, Roberta Romero survived. On Thursday, she took the witness stand to tell a judge about what happened the night her life changed forever.

"That man ruined my life," she said through a translator, pointing and sobbing. "Look at him. He ruined my life." The man she was pointing at was Gregory Lee Hover, 38. Hover and an alleged accomplice, 18-year-old Richard Freeman, are facing charges in two separate slayings that run the gamut from murder and robbery to kidnapping and sexual assault.

Roberta Romero's testimony was part of a preliminary hearing in front of Las Vegas Justice of the Peace Joseph Sciscento. The hearing was continued until April 29, at which point Sciscento will hear from more witnesses and decide if there is enough evidence to bind the charges to District Court for trial.

As it stands, the both men are charged in two separate murder cases: The slaying of Julio Romero, 64, and the killing of 21-year-old Prisma Contreras, a casino waitress whose body was found in a burned vehicle near Boulder City. Contreras had been sexually assaulted, strangled and stabbed.

### Suspect Confessed To Hooters Kidnapping
### KVVU - 02/23/10

A Las Vegas man has confessed to kidnapping and trying to burn a body, according to a new Metro police report. The report said the victim, Prisma Contreras, had gotten off work early at the Mad Onion restaurant at the Hooters Hotel and Casino. She was abducted from the parking lot in her jeep.

Police said suspect Richard Freeman Jr. confessed that he and suspect Gregory Lee Hover were trying to find a prostitute when they spotted Contreras and used a gun to kidnap her. The report said Hover sexually assaulted the victim and tried to strangle her with twine. But when that didn't work, he stabbed her repeatedly and then cut her throat, police said.

Hover also took Contreras' wedding ring, which was later pawned, police said. The pair tried to burn the body and the jeep in the desert near Boulder City, but was unsuccessful, the report said. Both suspects have been charged with murder

### 2 men accused in death of Hooters server arraigned
### The Las Vegas Sun - 02/23/10

Two men facing 12 felony counts in connection with the murder of a Hooters casino waitress were arraigned this morning in Las Vegas Justice Court.

Gregory Hover, 38, and Richard Freeman, 18, appeared briefly with their attorneys for an arraignment hearing in front of Las Vegas Justice of the Peace Joseph Sciscento in connection with the kidnapping, sexual assault and murder of 21-year-old Prisma Contreras.

Contreras' family reported her missing Jan. 14 after she failed to return home from work at the Mad Onion restaurant at Hooters. Boulder City Police officers found her blue 2006 Jeep Liberty with Nebraska license plates the next day. The vehicle had been burned and Contreras' body was inside, police said. Additional details about Contreras' abduction and death were outlined in a Metro Police arrest report released Friday.

### New details emerge in slaying of Hooters casino waitress
### Las Vegas Sun - 02/19/10

A process server charged in the slaying of a Hooters casino waitress reportedly admitted the killing to his alleged accomplice's girlfriend, a Metro Police report states. "Yeah, I killed her," Gregory Hover, 38, said when the girlfriend asked him about last month's slaying of 21-year-old Prisma Contreras after seeing a television news story, the police report alleges.

Hover and 18-year-old Richard Freeman face 12 felony charges stemming from the kidnapping, sexual assault and slaying of Contreras. They also face numerous felony counts in connection with a violent home invasion that took place 11 days later. According to the Metro Police arrest report released Friday, detectives interviewed Freeman's girlfriend on Feb. 9.

She reportedly told them that a week earlier, Freeman and Hover had been at her apartment when the Contreras case was being featured on the TV news. Freeman made a comment regarding the story, saying Hover had done something wrong. The girlfriend then asked Hover if he had committed the murder and he admitted to it, she told police.


Search Amazon.com:
Amazon.com
Keywords:


LegalMatch


50% OFF Sale
ZoneAlarm Antivirus


F-Secure Internet Security


SMART READING
BARGAIN SMART
CLOSEOUTS.com


MotherNature.com

**Books of Interest**


True Crime
Harold Schechter
Best Price $10.17
or Buy New $26.40
Buy from amazon.com
Privacy Information

Vernon Forrest
Melissa Harrington
Jasper Howard
Annie Le
Gee Family Murders
Chelsea King
Denise Amber Lee
Robert Manwill
Erin Maxwell
Ben Novak Jr.
Elizabeth Olten
Taylor Paschal-Placke, Skyla Whitaker
Stacy Ann Peterson, Kathleen Savio
Susan Powell
Amanda Ross
Wyatt Smitsky
Tori Stafford
Coach Ed Thomas
Jazmine Thompson
Somer Thompson

**Books Of Interest**



In the Middle of the Night
Brian McDonald
Best Price $2.34
or Buy New $6.99

Shattered Silence-- The Untold Story...
Melissa G. Moore, ...
Best Price $4.32
or Buy New $11.55

Too Politically Sensitive
Michale Callahan, ...
Best Price $15.40
or Buy New $16.47

At a hearing Friday in Las Vegas Justice Court, both men were denied bail on charges stemming from Contreras' slaying. They are set to be arraigned Tuesday. Contreras' family reported her missing on Jan. 14 after she failed to return home from work at the Mad Onion restaurant at Hooters. Boulder City Police officers found her blue 2006 Jeep Liberty with Nebraska license plates the next day.

According to the police report, the vehicle smelled strongly of gasoline and had been burned. Contreras' body, dressed in a Mad Onion uniform with a name tag that said "Prisma," was found in the backseat.

When the Clark County coroner's office conducted the autopsy on Contreras' body, investigators noted marks on her neck consistent with ligature as well as numerous stab wounds to her throat, back, side and chest. Police said the coroner's office determined Contreras' death was the result of multiple stab wounds, incised wounds and strangulation. Her death was ruled a homicide.

Read more: [center]New details emerge in slaying of Hooters casino waitress

### Bail denied for two slaying suspects
### Las Vegas Review-Journal - 02/19/10

Two men charged in two separate killings and other felonies that occurred during a two-month valley crime spree were denied bail Friday afternoon. Las Vegas Justice of the Peace Joe Sciscento ordered that Gregory Hover, 38, and Richard Freeman, 18, be held at the Clark County Detention Center until a preliminary hearing set for March 11.

New grisly details emerged about the death of one of the victims, a restaurant worker from Hooters Hotel. Prosecutor Marc DiGiacomo described how Hover and Freeman kidnapped Prisma Ivette Contreras as she left her job at the Mad Onion Restaurant. DiGiacomo said the two men took the woman to Boulder City where they raped her, strangled her and cut her throat.

The two defendants then burned Contreras' body inside of her car, DiGiacomo said. The 21-year-old was found in the burned-out car Jan. 15 south of Boulder City. Freeman has spoken with investigators and made statements to try and distance himself from the violent acts and his culpability in the alleged crimes, DiGiacomo said.

But DiGiacomo said that as new evidence emerges, it appears Freeman is just as responsible as Hover. "Mr. Freeman likes knives and threatening people with knives. He presents a clear and present danger to the community," DiGiacomo said.

Defense attorney Michael Castillo asked that Freeman be given a reasonable bail amount because he had no prior criminal record and has lived in Las Vegas his whole life. Hover and Freeman also are charged with the shooting death of Julio Romero, 64, in his home Jan. 25.

Hover, who was employed as a process server for Junes Legal Service, a local legal support business, visited Romero's home to serve papers to a friend of Romero's he had not seen in several years, authorities said. Early the next morning, Hover broke into the house and killed Romero, according to an arrest report.

Hover then forced Romero's wife, Roberta, into a closet and shot her in the face. She's currently recovering from surgery at a local hospital, authorities said. Prosecutors are hoping she can testify at the preliminary hearing in three weeks.

### 2 charged in shooting husband, wife linked to Hooters server's death
### The Las Vegas Sun - 02/18/10

Two men charged in connection with a violent home invasion that left a man dead and his wife seriously wounded have been linked to the death of a Hooters casino server. Police also said the men are suspected in a series of other crimes.

Metro Police announced during a news conference this morning that 38-year-old Gregory Hover and Richard Freeman, 18, have been linked to the killing of 21-year-old Prisma Contreras of Las Vegas. Her body was found Jan. 15 in an abandoned vehicle near U.S. 95 and Nelson's Landing Road south of Boulder City.

In a separate pair of shootings, Hover was arrested Feb. 6 and charged in connection with an attack in the early morning hours of Jan. 25 that left Julio Romero, 64, dead and his wife, Roberta Romero, seriously wounded. Metro Capt. Randy Montandon said police are seeking possible witnesses who could provide information about the two cases.

Specifically, police are looking for a white man wearing a yellow jacket with the word "security" on it who was riding a bicycle near the area of the Romeros' home at the time of the shootings.

Montandon said police believe the witness had contact with the men and might be able to provide critical information.

Police want to speak with the occupants of a red Isuzu Amigo, model years 1995 to 2000, seen in the parking lot of the Walmart at Lake Mead Drive and Boulder Highway in Henderson between 7:20 a.m. and 7:40 a.m. on Jan. 14. Police said Gregory Hover and Richard Freeman were in the area shortly after leaving



Witch
Glenn Puit
Best Price $2.75
or Buy New $7.99
Buy from amazon.com
Privacy Information

The Wind Cries Mary
Erika Grey
Best Price $13.48
or Buy New $13.49
Buy from amazon.com
Privacy Information

The Rabbi and the Hit Man
Arthur J. Magida
Best Price $0.01
or Buy New
Buy from amazon.com
Privacy Information

Murder Behind the Badge
Stacy Dittrich, Pa...
Best Price $7.78
or Buy New $17.15
Buy from amazon.com
Privacy Information

Ali Was Here
James Kirkpatrick ...
Best Price $17.04
or Buy New $17.05
Buy from amazon.com
Privacy Information

The Prom Night Murders
Carlton Smith
Best Price $0.98
or Buy New $6.99
Buy from amazon.com
Privacy Information

Kindle Wireless Reading Device
Amazon.com
Best Price $200.00
or Buy New
Buy from amazon.com
Privacy Information

This site is powered by e107, which is released under the terms of the GNU GPL License.

THEME BY XEN

Prisma Contreras' body in Boulder City. Anyone with information is asked to call 828-3521.

Police also are looking for the occupants of a red Isuzu Amigo, model years 1995 to 2000, who were in the parking lot of the Wal-Mart at Lake Mead Drive and Boulder Highway in Henderson between 7:20 a.m. and 7:40 a.m. on Jan. 14.

"We know these individuals were in very close proximity to our suspects after they had disposed of our victim in Boulder City," Montandon said. "They may have critical information they can share with us in reference to what they saw and what they may have heard at that scene."

Investigators believe the men committed a series of crimes across the valley and Montandon urged any victims to contact police. He said the crime spree dates back to at least late 2009.

Anyone with information is being asked to call police at 828-3521.

"We know that they were not selective in who they chose to victimize," Montandon said. "We believe they victimized people who had broken down on the side of the road and were looking for assistance for rides, people that may have gone to ATM machines; we also know that there was a series of business robberies that they were involved in."

### Police release photos in case of casino worker found dead
### Las Vegas Sun - 01/30/10

Metro Police released a photo today of a woman found dead in an abandoned vehicle Jan. 15 southeast of Las Vegas as investigators continue to search for a person seen approaching the woman's vehicle the previous day at a Strip casino. The Clark County Coroner's Office identified the victim as 21-year-old Prisma Contreras of Las Vegas. Police released the photos with hopes that someone will come forward with information in the case.

A photo of the woman's blue 2006 Jeep Liberty with Nebraska license plates also was released Friday. Authorities had previously released a surveillance video photo of a 1995-1998 model Nissan Sentra that was in the parking lot at the Hooters casino where Contreras worked as a service assistant.

Police said surveillance cameras show an unknown person exit a vehicle and approach Contreras' Jeep. That was the last time the woman was seen, police said. Boulder City Police found the body at 10:45 a.m. Jan. 15 in an abandoned vehicle found near U.S. 95 and Nelson's Landing Road south of Boulder City.

### Police: Body found in abandoned car likely missing casino worker
### Las Vegas Sun - 01/19/10

A woman's body was found in an abandoned vehicle last week southeast of Las Vegas and police today are searching for a person who was seen approaching the woman's vehicle the previous day at a Strip casino.

Boulder City Police found the body at 10:45 a.m. Jan. 15 in a blue 2006 Jeep Liberty with Nebraska license plates, a police report said. The abandoned vehicle was found near U.S. 95 and Nelson's Landing Road south of Boulder City.

Metro Police homicide detectives believe the victim, identified by the coroner's office as 21-year-old Prisma Contreras of Las Vegas, is the same person reported as missing the previous day. The woman was last seen entering her vehicle at 5 a.m. Jan. 14 at the Hooters casino on the Strip, where she worked as a service assistant.

Police said surveillance cameras show an unknown person exit a vehicle -- possibly a 1995-1998 model Nissan Sentra -- and approach the victim's Jeep. That was the last time the woman was seen, police said.

The cause and manner of Contreras' death haven't been determined, the coroner's office said Tuesday.

murder    Las Vegas NV    Nevada

◦ Comments: 0

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:      Text

Registration Number / Date:
                   TX0007138900 / 2010-05-06

Application Title: Judge denies bail to suspects in two deaths.

Title:             Judge denies bail to suspects in two deaths.

Description:       Electronic file (eService)

Copyright Claimant:
                   Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                   2010-02-19

Nation of First Publication:
                   United States

Authorship on Application:
                   Stephens Media LLC, employer for hire; Domicile: United
                      States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                   Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                      Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                      States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.

Names:             Stephens Media LLC
                   Righthaven LLC
=============================================================================
```