STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMAINS BY PROXY, INC., an Arizona corporation; CRIMENEWS2000, an entity of unknown origin and nature; and LAURENE STEWART, an individual,<br><br>Defendants. | Case No.: 2:10-cv-0864-LRH-RJJ<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Monday, June 7, 2010 for copyright infringement against Domains by Proxy, Inc. ("DBP"). On Wednesday, June 9, 2010, Righthaven filed its First Amended Complaint (Docket No.: 6), wherein DBP, CrimeNews2000 ("CrimeNews"), and Laurene Stewart ("Ms. Stewart") are named as defendants. To date, none of the defendants named in this action have appeared, answered, or otherwise defended in any manner. As DBP has cooperated with Righthaven to clarify the owners for which DBP is proxy, and as Righthaven does not have a present desire to perpetuate

litigation against DBP, Righthaven seeks to have DBP dismissed from this action without prejudice.  Said dismissal without prejudice does not constitute an admission by Righthaven that DBP is not liable for the claims set forth in the First Amended Complaint.

Therefore, Righthaven hereby voluntarily dismisses this action without prejudice, as to DBP only, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this ninth day of June, 2010.

RIGHTHAVEN LLC

By: /s/ Joseph C. Chu
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff